IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NUMBER: 4:19CR-0037 -CDL |
| LARRY SHORT | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant, Larry Short, has moved the Court to continue the pretrial conference in this case, presently scheduled for Thursday, October 17, 2019, and to continue the trial until the January 2020 term. The Government does not oppose this motion. Defendant was arraigned on September 25, 2019, and consented to detention. Additional time is needed for the pretrial investigation, to exchange discovery and engage in negotiations. The Court finds that it is in the interests of justice to allow the parties additional time to complete an investigation, and to exchange discovery, and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [ECF no. 18] is **GRANTED**, and it is hereby ordered that this case shall be continued from the Court's January trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **15th** day of **October, 2019**.

 s/Clay D. Land
HON. CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA